# THE STATE OF TEXAS
# M A N D A T E
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**TO THE COUNTY COURT OF COLLIN COUNTY, GREETING:**

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 15th day of April, 2015, the cause upon appeal to revise or reverse your judgment between

**THE STATE OF TEXAS, Appellant**

**NO. 12-14-00190-CR; Trial Court No. 005-86365-2013**

Opinion by Brian Hoyle, Justice.

**ALMA MUNOZ GHAFFER, Appellee**

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came to be heard on the appellate record and the briefs filed herein, and the same being considered, because it is the opinion of this court that there was error in the trial court's order below, it is ORDERED, ADJUDGED and DECREED by this court that the trial court's order granting Appellee **ALMA MUNOZ GHAFFER'S** motion to suppress be **reversed**, and the same is, hereby entered herein in accordance with the opinion of this court; and that this decision be certified to the court below for observance."

**WHEREAS, WE COMMAND YOU** to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

**WITNESS, THE HONORABLE JAMES T. WORTHEN**, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 8th day of September, 2015.

PAM ESTES, CLERK

By: _Katrina McClenny_
Chief Deputy Clerk